IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | Case No. 1:10-CV-39 |
| $31,323.00 IN UNITED STATES CURRENCY | § § § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on January 25, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for default judgment and enter final judgment in this matter.

The magistrate judge's report is hereby **ADOPTED**. It is

**ORDERED** that plaintiff's motion for default judgment (Docket No. 9) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **26** day of **May, 2010.**

_____
Ron Clark, United States District Judge